# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA G. VASQUEZ,<br><br>        Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>        Defendant | Case No.: 1:12-cv-01459-GSA<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) |

Based upon the parties' Amended Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses filed on July 29, 2014 (Doc. 23):

IT IS ORDERED that fees and expenses in the amount of $3,400.00 as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Amended Stipulation (Doc. 23). All fees are payable pursuant to *Astrue v. Ratliff*, 13 S. Ct. 2521 (2010).

IT IS SO ORDERED.

Dated: **August 1, 2014**          /s/ Gary S. Austin
                                                 UNITED STATES MAGISTRATE JUDGE